**Appeal Dismissed and Memorandum Opinion filed January 23, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00632-CV

## ASHRAF ALTAHAT HOLDINGS AND ASHRAF ALTAHAT, Appellants

## V.

## MAJDI R. HAMAD, BASHEER EAINABUSI AND MOHAMMAD RJAIY ABUABEILEH, Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-68021**

## MEMORANDUM OPINION

This appeal is from a judgment signed May 1, 2023. On November 30, 2023, this court granted appellants' counsel's motion to withdraw and ordered both appellants to file a brief by January 2, 2024. Moreover, as Ashraf Altahat Holdings was not entitled to proceed pro se in this appeal, that appellant was ordered to retain counsel for this appeal and provide proof of the representation by January 2, 2024. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455,

456 (Tex. 1996); *see also Dell Dev. Corp. v. Best Indus. Uniform Supply Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied). Appellants were further informed that if they failed to comply with either of those orders, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(c).

Appellants filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.